UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

**UNITED STATES**

**v.**

**JEFFREY DESMOND CARTER**

**JURY INSTRUCTIONS**

## INSTRUCTION NO. 1

### Introduction

Members of the jury, now it is time for me to instruct you about the law that you must follow in deciding this case. I will start by explaining your duties and the general rules that apply in every criminal case. Then I will explain the elements, or parts, of the crimes that the defendant is accused of committing. Then I will explain some rules that you must use in evaluating particular testimony and evidence. And last, I will explain the rules that you must follow during your deliberations in the jury room, and the possible verdicts that you may return. Please listen very carefully to everything I say.

You have two main duties as jurors. The first one is to decide what the facts are from the evidence that you saw and heard here in court. Deciding what the facts are is your job, not mine, and nothing that I have said or done during this trial was meant to influence your decision about the facts in any way.

Your second duty is to take the law that I give you, apply it to the facts, and decide if the government has proved the defendant guilty beyond a reasonable doubt. It is my job to instruct you about the law, and you are bound by the oath that you took at the beginning of the trial to follow the instructions that I give you, even if you personally disagree with them. This includes the instructions that I gave you before and during the trial, and these instructions. All the instructions are important, and you should consider them together as a whole.

The lawyers have talked about the law during their arguments. But if what they said is different from what I say, you must follow what I say. What I say about the law controls.

Perform these duties fairly. Do not let any bias, sympathy or prejudice that you may feel toward one side or the other influence your decision in any way.

## INSTRUCTION NO. 2

### Presumption of Innocence, Burden of Proof, and Reasonable Doubt

As you know, the defendant has pleaded not guilty to the crimes charged in the indictment. The indictment is not any evidence at all of guilt. It is just the formal way that the government tells the defendant what crimes he is accused of committing. It does not even raise any suspicion of guilt.

Instead, the defendant starts the trial with a clean slate, with no evidence at all against him, and the law presumes that he is innocent. This presumption of innocence stays with him unless the government presents evidence here in court that overcomes the presumption, and convinces you beyond a reasonable doubt that he is guilty.

This means that the defendant has no obligation to present any evidence at all, or to prove to you in any way that he is innocent. It is up to the government to prove that he is guilty, and this burden stays on the government from start to finish. You must find the defendant not guilty unless the government convinces you beyond a reasonable doubt that he is guilty.

The government must prove every element of the crime charged beyond a reasonable doubt. Proof beyond a reasonable doubt does not mean proof beyond all possible doubt. Possible doubts or doubts based purely on speculation are not reasonable doubts. A reasonable doubt is a doubt based on reason and common sense. It may arise from the evidence, the lack of evidence, or the nature of the evidence.

Proof beyond a reasonable doubt means proof which is so convincing that you would not hesitate to rely and act on it in making the most important decisions in your own lives. If you are convinced that the government has proved the defendant guilty beyond a reasonable doubt, say so by returning a guilty verdict. If you are not convinced, say so by returning a not guilty verdict.

## INSTRUCTION NO. 3

## Evidence Defined

You must make your decision based only on the evidence that you saw and heard here in court. Do not let rumors, suspicions, or anything else that you may have seen or heard outside of court influence your decision in any way.

The evidence in this case includes only what the witnesses said while they were testifying under oath and the exhibits that I allowed into evidence.

Nothing else is evidence. The lawyers' statements and arguments are not evidence. Their questions and objections are not evidence. My legal rulings are not evidence. And my comments and questions are not evidence.

Make your decision based only on the evidence, as I have defined it here, and nothing else.

## INSTRUCTION NO. 4

### Consideration of Evidence

You should use your common sense in weighing the evidence. Consider it in light of your everyday experience with people and events, and give it whatever weight you believe it deserves. If your experience tells you that certain evidence reasonably leads to a conclusion, you are free to reach that conclusion.

## INSTRUCTION NO. 5

### Direct and Circumstantial Evidence

Now, some of you may have heard the terms "direct evidence" and "circumstantial evidence."

Direct evidence is simply evidence like the testimony of an eyewitness which, if you believe it, directly proves a fact. If a witness testified that he saw it raining outside, and you believed him, that would be direct evidence that it was raining.

Circumstantial evidence is simply a chain of circumstances that indirectly proves a fact. If someone walked into the courtroom wearing a raincoat covered with drops of water and carrying a wet umbrella, that would be circumstantial evidence from which you could conclude that it was raining.

It is your job to decide how much weight to give the direct and circumstantial evidence. The law makes no distinction between the weight that you should give to either one, or say that one is any better evidence than the other. You should consider all the evidence, both direct and circumstantial, and give it whatever weight you believe it deserves.

**INSTRUCTION NO. 6**

**Credibility of Witnesses**

Another part of your job as jurors is to decide how credible or believable each witness was. This is your job, not mine. It is up to you to decide if a witness's testimony was believable, and how much weight you think it deserves. You are free to believe everything that a witness said, or only part of it, or none of it at all. But you should act reasonably and carefully in making these decisions.

Use your common sense and your everyday experience in dealing with other people. And then decide what testimony you believe, and how much weight you think it deserves.

## INSTRUCTION NO. 7

### Number of Witnesses

One more point about the witnesses. Sometimes jurors wonder if the number of witnesses who testified makes any difference.

Do not make any decisions based only on the number of witnesses who testified. What is more important is how believable the witnesses were, and how much weight you think their testimony deserves. Concentrate on that, not the numbers.

## INSTRUCTION NO. 8

### "On or About"

(1) Next, I want to say a word about the dates mentioned in the indictment.

(2) The indictment charges that the crimes happened "on or about" certain dates. The government does not have to prove that the crimes happened on those exact dates. But the government must prove that the crimes happened reasonably close to those dates.

## INSTRUCTION NO. 9

### Objections

There is one more general subject that I want to talk to you about before I begin explaining the elements of the crimes charged.

The parties for both sides may have objected to some of the things that were said or done during the trial. Do not hold that against either side. The parties have a duty to object whenever they think that something is not permitted by the rules of evidence. Those rules are designed to make sure that both sides receive a fair trial.

And do not interpret my rulings on their objections as any indication of how I think the case should be decided. My rulings were based on the rules of evidence, not on how I feel about the case. Remember that your decision must be based only on the evidence that you saw and heard here in court.

**INSTRUCTION NO. 10**

**Introduction of the Elements**

That concludes the part of my instructions explaining your duties and the general rules that apply in every criminal case. In a moment, I will explain the elements of the crimes that the defendant is accused of committing.

But before I do that, I want to emphasize that the defendant is only on trial for the particular crimes charged in the indictment. Your job is limited to deciding whether the government has proved the crimes charged.

## INSTRUCTION NO. 11

## Elements of Counts 1, 10, 12-22, and 24: Production of Child Pornography under 18 U.S.C. § 2251(a) and 2251(e)

(1) Counts 1, 10, 12-22, and 24 of the indictment charge the defendant with using a minor to engage in sexually explicit conduct to produce a visual depiction. For you to find the defendant guilty of these crimes, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

(A) **First:** That the defendant employed, used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct.

(B) **Second:**

(i) That the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including computer.

or

(ii) That the visual depiction was transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.

(2) Now I will give you more detailed instructions on some of these terms.

(A) A defendant "uses" a minor if he photographs the minor engaging in sexually explicit conduct.

(B) The term "minor" means any person under the age of 18 years. It is not necessary that the government prove that the defendant knew the person depicted was a minor.

(C) The term "for the purpose of" means that the defendant acted with the intent to create visual depictions of sexually explicit conduct, and that the defendant knew the character and content of the visual depictions.

(D) The term "sexually explicit conduct" means actual or simulated:

> (i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

> (ii) masturbation; or

> (iii) lascivious exhibition of the genitals or pubic area of a person. In deciding whether an exhibition is lascivious, you may consider these six factors: (1) whether the focal point of the visual depiction is on the child's genitalia or pubic area; (2) whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity; (3) whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child; (4) whether the child is fully or partially clothed, or nude; (5) whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; and (6) whether the visual depiction is intended or designed to elicit a sexual response in the viewer. This list is not exhaustive, and an image need not satisfy any single factor to be deemed lascivious. Instead, you must determine whether the visual depiction is lascivious based on its overall

content. It is for you to decide the weight or lack of weight to be given any of these factors.

(E) The term "producing" means not only producing but also making, creating, directing, manufacturing, issuing, publishing, or advertising.

(F) The term "visual depiction" includes:

(i) data stored on computer disk or by electronic means which is capable of conversion into a visual image; or

(ii) data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

(G) The term "in interstate commerce" means the visual depiction, production or transmission materials crossed a state line.

(H) The term "means or facility of interstate commerce" includes the internet or the telephone.

(I) The phrase "affecting" interstate or foreign commerce means having at least a minimal effect upon interstate or foreign commerce.

(J) The term "computer" means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator, or other similar device.

(3) It is not necessary that the government prove that the defendant took the pictures or videos.

(4) It is not necessary that the government prove that the defendant knew of the interstate or foreign nature of the materials used to produce the visual depictions.

(5)  If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on these charges.  If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of these charges.

## INSTRUCTION NO. 12

## Elements of Counts 2-9, 11, 25, and 27: Production of Child Pornography under 18 U.S.C. § 2251(a) and 2251(e)

(1) Counts 2-9, 11, 25, and 27 of the indictment charge the defendant with using a minor to engage in sexually explicit conduct to produce a visual depiction. For you to find the defendant guilty of these crimes, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

(A) **First:** That the defendant employed, used, persuaded, induced, enticed, or coerced a minor to engage in sexually explicit conduct for the purpose of producing a visual depiction of that conduct.

(B) **Second:** That the visual depiction was produced or transmitted using materials that were mailed, shipped, or transported in or affecting interstate or foreign commerce by any means, including computer.

(2) Now I will give you more detailed instructions on some of these terms.

(A) A defendant "uses" a minor if he photographs the minor engaging in sexually explicit conduct.

(B) The term "minor" means any person under the age of 18 years. It is not necessary that the government prove that the defendant knew the person depicted was a minor.

(C) The term "for the purpose of" means that the defendant acted with the intent to create visual depictions of sexually explicit conduct, and that the defendant knew the character and content of the visual depictions.

(D) The term "sexually explicit conduct" means actual or simulated:

(i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

(ii) masturbation; or

(iii) lascivious exhibition of the genitals or pubic area of a person.  In deciding whether an exhibition is lascivious, you may consider these six factors:  (1) whether the focal point of the visual depiction is on the child's genitalia or pubic area; (2) whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity; (3) whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child; (4) whether the child is fully or partially clothed, or nude; (5) whether the visual depiction suggests sexual coyness or a  willingness to engage in sexual activity; and (6) whether the visual depiction is intended or designed to elicit a sexual response in the viewer.  This list is not exhaustive, and an image need not satisfy any single factor to be deemed lascivious.  Instead, you must determine whether the visual depiction is lascivious based on its overall content.  It is for you to decide the weight or lack of weight to be given any of these factors.

(E) The term "producing" means not only producing but also making, creating, directing, manufacturing, issuing, publishing, or advertising.

(F) The term "visual depiction" includes:

(i) data stored on computer disk or by electronic means which is capable of conversion into a visual image; or

(ii) data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

(G) The term "in interstate commerce" means the visual depiction, production or transmission materials crossed a state line.

(H) The term "means or facility of interstate commerce" includes the internet or the telephone.

(I) The phrase "affecting" interstate or foreign commerce means having at least a minimal effect upon interstate or foreign commerce.

(J) The term "computer" means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does not include an automated typewriter or typesetter, a portable hand held calculator, or other similar device.

(3) It is not necessary that the government prove that the defendant took the pictures or videos.

(4) It is not necessary that the government prove that the defendant knew of the interstate or foreign nature of the materials used to produce the visual depictions.

(5) If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on these charges. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of these charges.

## INSTRUCTION NO. 13

## Count 23: Receiving Child Pornography under 18 U.S.C. § 2252A(a)(2)(B) and 2252A(b)(1)

(1)    Count 23 of the indictment charges the defendant with receiving any child pornography. For you to find the defendant guilty of this crime, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

(A) **First:** That the defendant knowingly received any child pornography.

(B) **Second:** That the defendant knew that the material was child pornography.

(C) **Third:** That the child pornography was using any means or facility of interstate or foreign commerce, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer.

(2) Now I will give you more detailed instructions on some of these terms.

(A) The term "child pornography" means any visual depiction, including any photograph, film, video, or picture whether made or produced by electronic or other means of sexually explicit conduct where the production of such visual depiction involved the use of a minor engaging in sexually explicit conduct.

(B) The term "visual depiction" includes:

(i) data stored on computer disk or by electronic means which is capable of conversion into a visual image.

(ii) data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in a permanent format.

(C) The term "sexually explicit conduct" means actual or simulated:

(i) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex;

(ii) masturbation; or

(iii) lascivious exhibition of the genitals or pubic area of a person. In deciding whether an exhibition is lascivious, you may consider these six factors: (1) whether the focal point of the visual depiction is on the child's genitalia or pubic area; (2) whether the setting of the visual depiction is sexually suggestive, i.e., in a place or pose generally associated with sexual activity; (3) whether the child is depicted in an unnatural pose, or in inappropriate attire, considering the age of the child; (4) whether the child is fully or partially clothed, or nude; (5) whether the visual depiction suggests sexual coyness or a willingness to engage in sexual activity; and (6) whether the visual depiction is intended or designed to elicit a sexual response in the viewer. This list is not exhaustive, and an image need not satisfy any single factor to be deemed lascivious. Instead, you must determine whether the visual depiction is lascivious based on its overall content. It is for you to decide the weight or lack of weight to be given any of these factors.

(D) The term "computer" means an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device, but such term does

not include an automated typewriter or typesetter, a portable hand held calculator, or other similar device.

(E) The term "in interstate commerce" means the visual depiction crossed a state line.

(F) The term "means or facility of interstate commerce" includes the internet or the telephone.

(G) The phrase "affecting interstate or foreign commerce" means having at least a minimal effect upon interstate or foreign commerce.

(3)  If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on this charge.  If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge

# INSTRUCTION NO. 14

## Count 26: Sex Trafficking of Children under 18 U.S.C. § 1591(a) and 1591(b)(2)

(1)  Count 26 of the indictment charges the defendant with sex trafficking of children.  For you to find the defendant guilty of this offense, you must find that the government has proved each and every one of the following elements beyond a reasonable doubt:

> (A) **First**, that the defendant knowingly recruited, enticed, harbored, transported, provided, or obtained Victim 12.

> (B) **Second,** that the defendant knew or recklessly disregarded the fact that Victim 12 was under 18 years old and would be caused to engage in a commercial sex act.

> (C) **Third**, that the offense was in or affected interstate or foreign commerce.

(2)  Now I will give you more detailed instructions on some of these terms.

> (A) The term "commercial sex act" means any sex act, on account of which anything of value is given to or received by any person.

> (B) The phrase "the offense was in interstate or foreign commerce" means that the offense involved the crossing of a state or national line.

> (C)  The phrase "the offense affected interstate or foreign commerce" means that the prohibited recruiting, enticing, harboring, transporting, providing, or obtaining of Victim 12 had at least a minimal connection with interstate or foreign commerce. This means that the recruiting, enticing, harboring, transporting, providing, or obtaining of Victim 12 had some effect upon interstate or foreign commerce.

(D)  The phrase "interstate commerce" means commerce between any combination of states, territories, and possessions of the United States, including the District of Columbia.  The phrase "foreign commerce" means commerce between any state, territory or possession of the United States and a foreign country. The term "commerce" includes, among other things, travel, trade, transportation and communication.

(3) To establish that the offense was in or affected interstate commerce, the government need not prove that Victim 12 was transported across a state line or the idea of sex trafficking was formed in one state and then carried out in a different state.

(4) If you are convinced that the government has proved all of these elements, say so by returning a guilty verdict on this charge. If you have a reasonable doubt about any one of these elements, then you must find the defendant not guilty of this charge.

## INSTRUCTION NO. 15

### Introduction: Testimony and Evidence

That concludes the part of my instructions explaining the elements of the crime. Next, I will explain some rules that you must use in considering some of the testimony and evidence.

## INSTRUCTION NO. 16

### Defendant's Election Not to Testify or Present Evidence

(1) A defendant has an absolute right not to testify or present evidence. The fact that he did not testify or present any evidence cannot be considered by you in any way. Do not even discuss it in your deliberations.

(2) Remember that it is up to the government to prove the defendant guilty beyond a reasonable doubt. It is not up to the defendant to prove that he is innocent.

## INSTRUCTION NO. 17

### Number of Crimes

(1) The defendant has been charged with twenty-seven crimes. The number of charges is not evidence of guilt, and this should not influence your decision in any way. It is your duty to separately consider the evidence that relates to each charge, and to return a separate verdict for each one. For each charge, you must decide whether the government has presented proof beyond a reasonable doubt that the defendant is guilty of that particular charge.

(2) Your decision on one charge, whether it is guilty or not guilty, should not influence your decision on any of the other charges.

# INSTRUCTION NO. 18

## State of Mind of the Defendant

Next, I want to explain something about proving a defendant's state of mind.

Ordinarily, there is no way that a defendant's state of mind can be proved directly, because no one can read another person's mind and tell what that person is thinking.

But a defendant's state of mind can be proved indirectly from the surrounding circumstances. This includes things like what the defendant said, what the defendant did, how the defendant acted, and any other facts or circumstances in evidence that show what was in the defendant's mind.

You may also consider the natural and probable results of any acts that the defendant knowingly did, and whether it is reasonable to conclude that the defendant intended those results. This, of course, is all for you to decide.

## INSTRUCTION NO. 19

## Deliberations and Verdict

That concludes the part of my instructions explaining the rules for considering some of the testimony and evidence. Now let me finish up by explaining some things about your deliberations in the jury room, and your possible verdicts.

The first thing that you should do in the jury room is choose someone to be your foreperson. This person will help to guide your discussions, and will speak for you here in court.

Once you start deliberating, do not talk to the jury officer, or to me, or to anyone else except each other about the case. If you have any questions or messages, you must write them down on a piece of paper, sign them, and then give them to the jury officer. The officer will give them to me, and I will respond as soon as I can. I may have to talk to the lawyers about what you have asked, so it may take me some time to get back to you. Any questions or messages normally should be sent to me through your foreperson.

One more thing about messages. Do not ever write down or tell anyone, including me, how you stand on your votes. For example, do not write down or tell anyone that you are split 6-6, or 8-4, or whatever your vote happens to be. That should stay secret until you are finished.

## INSTRUCTION NO. 20

## Unanimous Verdict

Your verdict as to each Count, whether it is guilty or not guilty, must be unanimous.

To find the defendant guilty, every one of you must agree that the government has overcome the presumption of innocence with evidence that proves his guilt beyond a reasonable doubt.

To find him not guilty, every one of you must agree that the government has failed to convince you beyond a reasonable doubt.

Either way, guilty or not guilty, your verdict must be unanimous.

## INSTRUCTION NO. 21

### Duty to Deliberate

Now that all the evidence is in and the arguments are completed, you are free to talk about the case in the jury room.  In fact, it is your duty to talk with each other about the evidence, and to make every reasonable effort you can to reach unanimous agreement.  Talk with each other, listen carefully and respectfully to each other's views, and keep an open mind as you listen to what your fellow jurors have to say.  Try your best to work out your differences.  Do not hesitate to change your mind if you are convinced that other jurors are right and that your original position was wrong.

But do not ever change your mind just because other jurors see things differently, or just to get the case over with.  In the end, your vote must be exactly that—your own vote.  It is important for you to reach unanimous agreement, but only if you can do so honestly and in good conscience.

No one will be allowed to hear your discussions in the jury room, and no record will be made of what you say.  So you should all feel free to speak your minds.

Listen carefully to what the other jurors have to say, and then decide for yourself if the government has proved the defendant guilty beyond a reasonable doubt.

## INSTRUCTION NO. 22

### Punishment

If you decide that the government has proved the defendant guilty, then it will be my job to decide what the appropriate punishment should be.

Deciding what the punishment should be is my job, not yours. It would violate your oaths as jurors to even consider the possible punishment in deciding your verdict.

Your job is to look at the evidence and decide if the government has proved the defendant guilty beyond a reasonable doubt.

## INSTRUCTION NO. 23

### Verdict

I have prepared verdict forms that you should use to record your verdicts as to each Count. Those forms are located at the end of these instructions.

If you decide that the government has proved the charges against the defendant beyond a reasonable doubt, say so by having your foreperson mark the appropriate place on the forms. If you decide that the government has not proved the charges against him beyond a reasonable doubt, say so by having your foreperson mark the appropriate place on the forms. Your foreperson should then sign the forms, put the date on them, and return them to me.

## INSTRUCTION NO. 24

### Verdict Limited to Charges against This Defendant

Remember that the defendant is only on trial for the particular crimes charged in the indictment.  Your job is limited to deciding whether the government has proved the crimes charged.

**INSTRUCTION NO. 25**

**Juror Notes**

Remember that if you elected to take notes during the trial, your notes should be used only as memory aids. You should not give your notes greater weight than your independent recollection of the evidence. You should rely upon your own independent recollection of the evidence or lack of evidence and you should not be unduly influenced by the notes of other jurors. Notes are not entitled to any more weight than the memory or impression of each juror.

Whether you took notes or not, each of you must form and express your own opinion as to the facts of the case.

## INSTRUCTION NO. 26

### Court Has No Opinion

Let me finish up by repeating something that I said to you earlier. Nothing that I have said or done during this trial was meant to influence your decision in any way. You decide for yourselves if the government has proved the defendant guilty beyond a reasonable doubt.

**INSTRUCTION NO. 27**

**VICTIM NAMES**

Along with the instructions, the Court has provided a copy of the indictment in this case. The indictment does not show the name of each alleged victim, but identifies them by a victim number, 1 through 12. I have attached a list of the alleged victims identifying each alleged victim by a number as shown in the indictment and the alleged victim's name.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                            PLAINTIFF

v.

JEFFREY DESMOND CARTER                                            DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 1**

**Question 1**.  With respect to the charge in count 1 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____        Not Guilty _____



_____        _____
Foreperson                                                         Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                              PLAINTIFF

v.

JEFFREY DESMOND CARTER                                              DEFENDANT


<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 2**

**Question 1**.  With respect to the charge in count 2 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


  Guilty _____        Not Guilty _____


_____          _____
Foreperson                                                          Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

UNITED STATES OF AMERICA,                                            PLAINTIFF

v.

JEFFREY DESMOND CARTER                                            DEFENDANT

## JUROR VERDICT FORM

We, the jury, unanimously find the following:

### COUNT 3

**Question 1**.  With respect to the charge in count 3 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:

Guilty _____        Not Guilty _____

_____        _____
Foreperson                                                                        Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                             PLAINTIFF

v.

JEFFREY DESMOND CARTER                                          DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 4**

**Question 1**.  With respect to the charge in count 4 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____        Not Guilty _____




_____        _____

Foreperson                                                                    Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

UNITED STATES OF AMERICA,                                          PLAINTIFF

v.

JEFFREY DESMOND CARTER                                          DEFENDANT


<u>JUROR VERDICT FORM</u>

We, the jury, unanimously find the following:

**COUNT 5**

**Question 1**.  With respect to the charge in count 5 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


 Guilty _____          Not Guilty _____



_____          _____

Foreperson                                                              Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                      PLAINTIFF

v.

JEFFREY DESMOND CARTER                                         DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 6**

**Question 1**.  With respect to the charge in count 6 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____        Not Guilty _____



_____        _____
Foreperson                                                          Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                            PLAINTIFF

v.

JEFFREY DESMOND CARTER                                            DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 7**

**Question 1**.  With respect to the charge in count 7 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


  Guilty _____       Not Guilty _____




_____       _____

Foreperson                                                                   Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

UNITED STATES OF AMERICA,                                          PLAINTIFF

v.

JEFFREY DESMOND CARTER                                          DEFENDANT


<u>JUROR VERDICT FORM</u>

We, the jury, unanimously find the following:

**COUNT 8**

**Question 1**.  With respect to the charge in count 8 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____        Not Guilty _____


_____          _____
Foreperson                                                          Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

UNITED STATES OF AMERICA,                                          PLAINTIFF

v.

JEFFREY DESMOND CARTER                                          DEFENDANT

## JUROR VERDICT FORM

We, the jury, unanimously find the following:

### COUNT 9

**Question 1**.  With respect to the charge in count 9 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:

Guilty _____        Not Guilty _____

_____        _____

Foreperson                                                        Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

UNITED STATES OF AMERICA,                                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                                    DEFENDANT


<u>JUROR VERDICT FORM</u>

We, the jury, unanimously find the following:

**COUNT 10**

**Question 1**.  With respect to the charge in count 10 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____          Not Guilty _____



_____          _____
Foreperson                                                                          Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                                    DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 11**

**Question 1**.  With respect to the charge in count 11 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____          Not Guilty _____




_____          _____

Foreperson                                                                          Date

UNITED STATES OF AMERICA,                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                    DEFENDANT

<u>JUROR VERDICT FORM</u>

We, the jury, unanimously find the following:

**COUNT 12**

**Question 1**.  With respect to the charge in count 12 of the indictment for production of child pornography, we find the defendant Jeffrey Desmond Carter:

Guilty _____          Not Guilty _____

_____          _____
Foreperson                                                          Date

UNITED STATES OF AMERICA,                                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                              DEFENDANT


<u>JUROR VERDICT FORM</u>

We, the jury, unanimously find the following:

**COUNT 13**

**Question 1**.  With respect to the charge in count 13 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____          Not Guilty _____


_____          _____

Foreperson                                                                         Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

UNITED STATES OF AMERICA,                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                       DEFENDANT


## JUROR VERDICT FORM

We, the jury, unanimously find the following:

### COUNT 14

**Question 1**.  With respect to the charge in count 14 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


  Guilty _____        Not Guilty _____


_____        _____

Foreperson                                                        Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                          PLAINTIFF

v.

JEFFREY DESMOND CARTER                                          DEFENDANT


## JUROR VERDICT FORM

We, the jury, unanimously find the following:

**COUNT 15**

**Question 1**.  With respect to the charge in count 15 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____        Not Guilty _____


_____        _____
Foreperson                                                              Date

UNITED STATES OF AMERICA,                                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                                DEFENDANT


<u>JUROR VERDICT FORM</u>

We, the jury, unanimously find the following:

**COUNT 16**

**Question 1**.  With respect to the charge in count 16 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____          Not Guilty _____


_____          _____
Foreperson                                                                      Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                              PLAINTIFF

v.

JEFFREY DESMOND CARTER                                        DEFENDANT


<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 17**

**Question 1**.  With respect to the charge in count 17 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____      Not Guilty _____




_____      _____

Foreperson                                                                        Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                        PLAINTIFF

v.

JEFFREY DESMOND CARTER                                        DEFENDANT


<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 18**

**Question 1**.  With respect to the charge in count 18 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____        Not Guilty _____


_____        _____
Foreperson                                                Date

UNITED STATES OF AMERICA,                                                        PLAINTIFF

v.

JEFFREY DESMOND CARTER                                                        DEFENDANT


<u>JUROR VERDICT FORM</u>

We, the jury, unanimously find the following:

**COUNT 19**

**Question 1**.  With respect to the charge in count 19 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____          Not Guilty _____


_____          _____

Foreperson                                                                Date

UNITED STATES OF AMERICA,                                              PLAINTIFF

v.

JEFFREY DESMOND CARTER                                              DEFENDANT


<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 20**

**Question 1**.  With respect to the charge in count 20 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____        Not Guilty _____


_____        _____
Foreperson                                                                          Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                              DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 21**

**Question 1**.  With respect to the charge in count 21 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


 Guilty _____          Not Guilty _____




_____          _____
Foreperson                                                                              Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                        PLAINTIFF

v.

JEFFREY DESMOND CARTER                                        DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 22**

**Question 1**.  With respect to the charge in count 22 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


 Guilty _____          Not Guilty _____




_____          _____
Foreperson                                                        Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

UNITED STATES OF AMERICA,                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                    DEFENDANT


<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 23**

**Question 1**.  With respect to the charge in count 23 of the indictment for receiving child

pornography, we find the defendant Jeffrey Desmond Carter:


   Guilty _____        Not Guilty _____




_____        _____
Foreperson                                                Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                              PLAINTIFF

v.

JEFFREY DESMOND CARTER                                              DEFENDANT


<u>JUROR VERDICT FORM</u>

We, the jury, unanimously find the following:

**COUNT 24**

**Question 1**.  With respect to the charge in count 24 of the indictment for production of child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____          Not Guilty _____


_____          _____
Foreperson                                                              Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                                        PLAINTIFF

v.

JEFFREY DESMOND CARTER                                                          DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 25**

**Question 1**.  With respect to the charge in count 25 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


  Guilty _____        Not Guilty _____




_____        _____
Foreperson                                                                      Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR


UNITED STATES OF AMERICA,                                        PLAINTIFF

v.

JEFFREY DESMOND CARTER                                        DEFENDANT



<u>JUROR VERDICT FORM</u>


We, the jury, unanimously find the following:

**COUNT 26**

**Question 1**.  With respect to the charge in count 26 of the indictment for sex trafficking

of children, we find the defendant Jeffrey Desmond Carter:


Guilty _____       Not Guilty _____




_____        _____
Foreperson                                                          Date

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
PADUCAH DIVISION
CRIMINAL ACTION NO. 5:16-CR-00020-TBR

UNITED STATES OF AMERICA,                                                    PLAINTIFF

v.

JEFFREY DESMOND CARTER                                                 DEFENDANT


## JUROR VERDICT FORM

We, the jury, unanimously find the following:

### COUNT 27

**Question 1**.  With respect to the charge in count 27 of the indictment for production of

child pornography, we find the defendant Jeffrey Desmond Carter:


Guilty _____        Not Guilty _____


_____          _____

Foreperson                                                                    Date


**Your verdict form is complete, and you should return to the courtroom. Thank you for your service.**